981 A.2d 1282

**Micha El Q FREEMAN–BEY, Petitioner**

v.

**John J. POSERINA aka Glen Bronson aka Glen Robinson 0468, Clyde Gainey, Warden CFCF, Rogue Public Servant ODonneil 6990; Rogue Public Servant Wittenberry 738; President Judge Louis Presenza, Respondents.**

**No. 107 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 16, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the

"Petition for Writ of Habeaous [sic] Corpus" is **DENIED.** The Prothonotary is instructed to strike the jurists' names from the caption.